

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Eric Turner, Appellant

No. 06-18-00099-CR          v.

The State of Texas, Appellee

Appeal from the 202nd District Court of Bowie County, Texas (Tr. Ct. No. 17F0621-202).  Opinion delivered by Chief Justice Morriss, Justice Moseley* participating.   *Justice Moseley, Retired, Sitting by Assignment.  Dissenting Opinion by Justice Burgess.

As stated in the Court's opinion of this date, we find no  error in the judgment of the court below.  We affirm the judgment of the trial court.

We note that the appellant, Eric Turner, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED FEBRUARY 15, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk